# EXHIBIT H



Doc No **A9736737**

Certified, filed and/or recorded on
1/11/12 10:45 AM
Office of the County Recorder
Hennepin County, Minnesota
Martin McCormick, Acting County Recorder
Mark V. Chapin, County Auditor and Treasurer

Deputy 77                                             Pkg ID 764034

**Doc Name: Notice of Pendency and Power of Attorney to Foreclose**

| | |
|---|---|
| Document Recording Fee | $46.00 |
| ***Document Total*** | **$46.00** |

STATE OF MINNESOTA, COUNTY OF HENNEPIN
Certified to be a true and correct copy of the
original on file and of record in my office

APR 1 5 2013

Martin McCormick, County Recorder

By _N. Dindical_ Deputy



This cover sheet is now a permanent part of the recorded document.

## NOTICE OF PENDENCY OF PROCEEDING AND POWER OF ATTORNEY TO FORECLOSE MORTGAGE BY CORPORATION

KNOW ALL BY THESE PRESENTS, that: The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWABS, Inc. Asset-backed Certificates, Series 2005-4 hereby employs, authorizes and empowers Peterson, Fram, and Bergman, attorneys at law residing in the City of St. Paul, County of Ramsey, State of Minnesota, for it and in its name to foreclose the following described mortgage:

DATE OF MORTGAGE: 04/22/2005

MORTGAGOR: John J Rogers and Irene A Rogers, husband and wife.

MORTGAGEE: Mortgage Electronic Registration Systems, Inc. as nominee for Countrywide Home Loans, Inc.

SERVICER: Bank of America, N.A.

MORTGAGE ID #: 1000157-0004837008-2

DATE AND PLACE OF RECORDING: Recorded May 24, 2005, Hennepin County Recorder, Document No. 8587572.

ASSIGNMENTS OF MORTGAGE: Assigned to: Bank of New York as Trustee for the Certificateholders CWABS, Inc. Asset-backed Certificates, Series 2005-4 Dated: June 10, 2008, Recorded June 27, 2008, Hennepin County Recorder, Document No. 9152524.

and covering the following real property, legally described as follows, to-wit:

Real property in Hennepin County, Minnesota, described as follows:
Lot 18, Block 5, Fox Creek 4th Addition

TAX PARCEL NO.: 15-120-23-43-0078

ADDRESS OF PROPERTY:
13443 Red Fox Rd
Rogers, MN 55374

and to do all things incident and necessary thereto.

YOU ARE NOTIFIED that a proceeding is about to be commenced by the undersigned to foreclose the above referenced mortgage.

IN TESTIMONY WHEREOF, the undersigned has caused these presents to be executed this __7__ day of __December__, 201_1_.

The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWABS, Inc. Asset-backed Certificates, Series 2005-4
By Bank of America, N.A. (BANA), Attorney in Fact
BY: _____
ITS: Shamim Ali Assistant Vice President
(AVP)

State of __Texas__    )
                      ( ss:
County of __Dallas__  )

The foregoing instrument was acknowledged before me this __7__ day of __December__, 201_1_, by __Shamim Ali__, the AVP of BANA, Attorney in Fact on behalf of The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWABS, Inc. Asset-backed Certificates, Series 2005-4 on behalf of the entity.

_Tommy J Harris_
Notary Public
Tommy J Harris

THIS INSTRUMENT WAS DRAFTED BY
AND SHOULD BE RETURNED TO:
Peterson Fram & Bergman
Suite 800
55 East Fifth Street
St. Paul, MN 55101-1197
16751-115468



TOMMY J HARRIS
Notary Public, State of Texas
My Commission Expires
July 25, 2012